THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* LOUIS BOORD, Appellant.

Submitted April 15, 1941; decided May 22, 1941.

*Harold Mortimer Brown* for appellant.

*Thomas E. Dewey, District Attorney* (*Burr F. Coleman* and *Stanley H. Fuld* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.